The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| THERESA ONYA,<br>Petitioner,<br>v.<br>MERRICK GARLAND, et al.,<br>Respondents. | Case No.: 2:21-CV-0486-RAJ<br><br>Agency File Number: 097-195-947<br><br>ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(2) |

The Court, having reviewed the parties' Motion to Dismiss pursuant to FRCP 41(a)(2), being fully appraised of the premises,

HEREBY ORDERS that this matter is dismissed pursuant to FRCP 41(a)(2).

DATED this 6th day of July, 2021.

The Honorable Richard A. Jones
United States District Judge



**Law Office of Carol L. Edward & Associates, P.S.**
500 Denny Way
Seattle, WA 98109
(206) 956-9556
carol@seattle-immigration.com